Albert F. Schultz, Administrator of Estate of Wayne E. Schultz, Deceased, Plaintiff-Appellee, v. Henry Stephan, Administrator of Estate of Henry Stephan, Jr., Deceased, Kenosha Auto Transport Corporation, Robert E. Livingston, Defendants, Henry Stephan, Administrator of Estate of Henry Stephan, Jr., Deceased, Defendant-Appellant.

Gen. No. 10,870.

Second District.

February 15, 1956.

Released for publication March 5, 1956.

Hinshaw, Culbertson, Moelmann & Hoban, and Snyder, Clarke & Dalziel, for defendant-appellant; Perry L. Fuller, of counsel;

563

Winston, Strawn, Black & Towner, for plaintiff-appellee; George B. Christensen, Frank B. Gilmer, Gerard E. Grashorn, and Edward J. Wendrow, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.